1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HANNAH H. KNOERZER, | Case No. 5:23-cv-00104-FLA (DTBx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE ACTION FOR LACK OF PROSECUTION** |
| HOSPITALITY STAFFING SOLUTIONS, LLC, *et al.*, | |
| Defendants. | |

## ORDER

On February 24, 2023, the parties filed a document titled: "Stipulation to [1] Compel Plaintiff's Individual Claims to Arbitration, [2] Dismiss Class Claims Without Prejudice and [3] Stay Proceedings Pending Completion of Arbitration" ("Stipulation").  Dkt. 15 (brackets in original).

On February 28, 2023, the court approved the Stipulation ("February 28 Order") and ordered Plaintiff Hannah H. Knoerzer ("Plaintiff") to submit her individual claims against Defendants to arbitration.  Dkt. 17 at 2.  The parties were further ordered to "meet and confer in good faith to select a mutually-agreeable arbitrator prior to Plaintiff's submission of her Demand for Arbitration to the

American Arbitration Association (AAA)…." *Id.* The court dismissed Plaintiff's uncertified claims of putative class members, as defined in the First Amended Complaint, and stayed the remaining non-individual PAGA claims pending completion of the arbitration. *Id.* at 2–3.

On December 27, 2023, the court ordered the parties to file a Joint Status Report regarding the status of the arbitration. Dkt. 18.

On January 25, 2024, the parties filed a Joint Status Report re: Arbitration, stating only that the parties "have agreed to mediate this matter, on September 27, 2024." Dkt. 19 at 1. The parties did not state or present evidence to establish they met and conferred to select a mutually-agreeable arbitrator or initiated arbitration proceedings, as ordered.

Accordingly, the court ORDERS Plaintiff to show cause in writing, within fourteen (14) days from the date of this Order, why the court should not dismiss this action without prejudice for failure to prosecute and failure comply with the court's February 28 Order. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630–33 (1962). Failure to respond timely may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: March 29, 2024

                                      FERNANDO L. AENLLE-ROCHA
                                      United States District Judge