JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH H. KNOERZER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC, *et al.*<br><br>　　　　　Defendants. | Case No.  5:23-cv-00104-FLA (DTBx)<br><br>**ORDER APPROVING STIPULATION TO REMAND REMOVED ACTION [DKT. 22]** |

　　　On February 10, 2024, the parties filed a Stipulation to Remand Removed Action ("Stipulation").  Dkt. 22.  Having considered the Stipulation, and finding good cause therefor, the court APPROVES the stipulation and hereby REMANDS the action to the Riverside County Superior Court.  The court VACATES all remaining pretrial and trial dates and deadlines.  Each party shall bear their own costs and attorney's fees incurred in connection with the removal and remand of this action.

　　　IT IS SO ORDERED.

Dated: April 11, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge